# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| R.R., ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:24-cv-4164-WJE |
| DIOCESE OF JEFFERSON CITY, ET AL., | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter has been pending before this Court since September 12, 2024. (Doc. 1). The Court informed Plaintiffs that service of process on Defendants Diocese of Jefferson City and Bishop Shawn McKnight was due on October 23, 2024. (Doc. 3). On October 30, 2024, the Court directed Plaintiffs to show cause by November 6, 2024, as to why their claims against Defendants should not be dismissed due to their failure to serve Defendants. (Doc. 4). The Court warned Plaintiffs that "[f]ailure to show cause may result in the Court dismissing this case without further notice." (*Id.*). As of this date, service has not been effectuated on Defendants and the Court has not received any filing from Plaintiffs.

For the foregoing reasons, IT IS THEREFORE RECOMMENDED that the District Judge, after making an independent review of the record and applicable law, enter an order dismissing this case.

Dated this 19th day of November 2024, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
Chief United States Magistrate Judge