# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| R.R., et al | ) |
|     Plaintiffs, | ) |
| vs. | ) Case No. 2:24-cv-04164-MDH |
| DIOCESE OF JEFFERSON CITY, and BISHOP SHAWN McKNIGHT, | ) |
|     Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case was filed September 12, 2024, with a service due by date of December 11, 2024, unless otherwise directed by the Court, and was initially assigned to Chief Magistrate Judge Willie J. Epps, Jr. On November 19, 2024, Judge Epps issued a Report and Recommendation (Doc. 5) wherein he recommended that the District Judge enter an order dismissing this case due to Plaintiffs' not effectuating service upon Defendants and not responding to an Order to Show Cause which had been issued on October 30, 2024 (Doc. 4). Plaintiff has filed no response. This case was administratively transferred and randomly reassigned from Judge Epps to District Judge M. Douglas Harpool on November 20, 2024 (Doc. 6).

WHEREFORE, after making an independent review of the record and applicable law, the Court hereby agrees with and ADOPTS THE REPORT AND RECOMMENDATION of the Chief Magistrate Judge Willie J. Epps, Jr., and the Court hereby ORDERS that Plaintiffs' claims against Defendants are DISMISSED WITHOUT PREJUDICE for failure to prosecute and serve

1

Defendants within the time period given, and for failure to respond to an Order to Show Cause issued by the Court.

**IT IS SO ORDERED.**

DATED: December 5, 2024

                                        _/s/ Douglas Harpool_
                                        **DOUGLAS HARPOOL**
                                        **UNITED STATES DISTRICT JUDGE**